# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DESMOND RICHARD** | **CIVIL DOCKET NO. 6:23-CV-01697** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAIL OF ST. MARY PARISH** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS COMPLAINT [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 28th day of December 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE